UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| C-A ACQUISITION CORP. and CLOANTO CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>HYPERION ENTERTAINMENT C.V.B.A.,<br><br>Defendant. | Civil Action No.: C19-683 RSM<br><br>*EX PARTE* MOTION AND ORDER TO EXTEND TIME FOR FILING INITIAL DISCLOSURES, HOLDING RULE 26(f) CONFERENCE, AND FILE JOINT STATUS REPORT |

Pursuant to Pursuant to LCR 7(d)(1), Plaintiffs C-A Acquisition Corp. and Cloanto Corporation (jointly, "Plaintiffs") move the Court for an order to extend for sixty (60) days the following times set forth in the Court's Order of August 9, 2019 ("August 9th Order"):

| | |
|---|---|
| Joint Status Report | 9/20/2019 |
| Rule 26(f) Conference | 9/6/2019 |
| Initial Disclosures | 9/13/2019 |

Plaintiffs so move because Defendant Hyperion Entertainment CVBA ("Hyperion") has declined to accept service of the Summons and Complaint in this action, and service of process is being made in accordance with the Hague Convention for service of foreign entities.

On May 8, 2019, Plaintiffs' counsel Michael Atkins asked Robert Carlson, counsel of record for Hyperion in *Cloanto Corporation v. Hyperion*, 18-cv-00381-RSM, whether Hyperion would agree to waive service in this action. Mr. Carlson did not respond. On May 17, 2019,

Motion to Extend Time for Filing Initial Disclosures, etc.
Case No. 2:19-cv-00683-RSM
Page | 1

**GORDON E. R. TROY, PC**
5203 Shelburne Road
P.O. Box 1180 Shelburne, VT 05482
(802) 881-0640/Fax: (646) 588-1962

Plaintiffs' counsel Gordon E. R. Troy asked Sarah Elsden, also counsel of record for Hyperion in the earlier case, whether Hyperion would agree to waive service in this action. On May 22, 2019, Ms. Elsden advised Plaintiffs' counsel that her firm was not authorized by Hyperion to do so.

On July 17, 2019, Plaintiffs' counsel sent the Amended Complaint to Plaintiffs' counsel in Belgium for translation and service. Belgian counsel has advised that instructions for service were given to the bailiff on July 31, 2019, but as of the date of this Motion, service has not been confirmed. On August 12, 2019, Ms. Elsden advised Plaintiffs' counsel that her firm had not been retained to represent Hyperion in this action.

Consequently, no appearance has been filed by anyone on behalf of Hyperion. Plaintiffs propose that the dates set forth in the August 9th Order be extended by sixty days as follows:

| Deadline/Event | Current | Proposed |
| --- | --- | --- |
| Rule 26(f) Conference | 9/6/2019 | 11/5/2019 |
| Initial Disclosures | 9/13/2019 | 11/12/2019 |
| Joint Status Report | 9/20/2019 | 11/19/2019 |

Plaintiffs' request is not sought for purposes of delay, but rather due to the fact that Hyperion has declined to accept service. Plaintiffs believe that service of the Summons and Amended Complaint was effected on August 20, 2019, but counsel has not yet received a certificate of service from the Belgian bailiff.

Motion to Extend Time for Filing Initial Disclosures, etc.
Case No. 2:19-cv-00683-RSM
Page | 2

GORDON E. R. TROY, PC
5203 Shelburne Road
P.O. Box 1180 Shelburne, VT 05482
(802) 881-0640/Fax: (646) 588-1962

Respectfully submitted this 21st day of August 2019.

By /s/ Gordon E. R. Troy
Gordon E. R. Troy
*Pro Hac Vice*
Gordon E. R. Troy, PC
5203 Shelburne Road
Shelburne, VT 05482
Tel. (802) 881-0640
Fax (610) 588-1962
*gtroy@webtm.com*

By /s/ Michael G. Atkins
Michael G. Atkins, WSBA# 26026
Atkins Intellectual Property, PLLC
113 Cherry Street #18483
Seattle, WA 98104-2205
Tel. (206) 628-0983
*mike@atkinsip.com*

*Attorneys for Plaintiffs C-A Acquistion Corp. and Cloanto Corporation*

Motion to Extend Time for Filing Initial Disclosures, etc.
Case No. 2:19-cv-00683-RSM
Page | 3

**GORDON E. R. TROY, PC**
5203 Shelburne Road
P.O. Box 1180 Shelburne, VT 05482
(802) 881-0640/Fax: (646) 588-1962

**ORDER**

Based on the facts set forth in Plaintiffs' *Motion to Extend Time for Filing Initial Disclosures, Holding Rule 26(f) Conference, and File Joint Status Report* (the "Motion"), the Court finds good cause exists to extend each of the dates by sixty (60) days, as requested in the Motion. Accordingly, the Rule 26(f) Conference shall be held by no later than 11/5/2019; Initial Disclosures shall be due on 11/12/2019; and a Joint Status Report shall be due on 11/19/2019.

DATED this 23rd day of August 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

By /s/ Gordon E. R. Troy
Gordon E. R. Troy
*Pro Hac Vice*
Gordon E. R. Troy, PC
5203 Shelburne Road
Shelburne, VT 05482
Tel. (802) 881-0640
Fax (610) 588-1962
gtroy@webtm.com

By /s/ Michael G. Atkins
Michael G. Atkins, WSBA# 26026
Atkins Intellectual Property, PLLC
113 Cherry Street #18483
Seattle, WA 98104-2205
Tel. (206) 628-0983
mike@atkinsip.com

*Attorneys for Plaintiffs C-A Acquistion Corp. and Cloanto Corporation*

Motion to Extend Time for Filing Initial Disclosures, etc.
Case No. 2:19-cv-00683-RSM
Page | 4

**GORDON E. R. TROY, PC**
5203 Shelburne Road
P.O. Box 1180 Shelburne, VT 05482
(802) 881-0640/Fax: (646) 588-1962