# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| C-A ACQUISITION CORP. and CLOANTO CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>HYPERION ENTERTAINMENT CVBA,<br><br>Defendant. | Case No.: 2:19-cv-00683-RSM<br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE OVER-LENGTH MOTION |

This matter, having come on duly and regularly this day before the undersigned upon C-A Acquisition Corp.'s and Cloanto Corporation's Motion for Leave to File Over-Length Motion; and the Court, having reviewed Plaintiffs' motion, as well as the files and records herein, FINDS AND ORDERS as follows:

1. Plaintiffs' Motion, Dkt. #21, is GRANTED.

2. Plaintiffs may file a motion for entry of default judgment against Defendant Hyperion Entertainment CVBA of no more than eleven total pages (five additional pages).

3. Defendant's response brief (if any) shall be no more than eleven total pages (five additional pages).

Dated this 27th day of December, 2019.

_RICARDO S. MARTINEZ_
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Order Granting Leave to File Over-Length Motion
Case No. 2:19-cv-00683-RSM
Page | 1