UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| C-A ACQUISITION CORP., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> HYPERION ENTERTAINMENT CVBA, <br><br> Defendant. | Case No. C19-683 RSM <br><br> ORDER STAYING CASE |

This matter comes before the Court *sua sponte*. On January 17, 2020, the Court issued an Order to Show Cause in the related action Case No. 18-cv-381-RSM at Dkt #83.[1] The Court reviewed the procedural history of these cases and stated that it "does not see how it can proceed in both cases simultaneously as rulings in one may adversely affect the other." After reviewing responses from the parties in that action, which include two of the parties in this action, the Court concluded that it "would prefer to resolve factual and legal issues on the merits and to avoid inconsistent rulings" and that a stay in the instant action was warranted.

Accordingly, having reviewed the record in both cases, the Court hereby finds and ORDERS that this matter is STAYED until Case No. 18-cv-381-RSM is resolved or until

---

[1] *See* Dkt. #9 ("Plaintiffs' Notice of Related Cases").

ORDER STAYING CASE - 1

otherwise ordered by this Court. Upon the resolution of Case No. 18-cv-381-RSM, Plaintiffs are to file a status report in this case within fourteen (14) days.

DATED this 12th day of February 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER STAYING CASE - 2